UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LILLIE SINKO                                                                                      PLAINTIFF

V.                              NO. 3:17-CV-312-BD

SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 26th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE